**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DEXTER HOLLINS,

       Petitioner,

v.                                                                          Case No. 10-11131

CAROL HOWES,

       Respondent.
                                     /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Respondent's Motion to Dismiss and Declining to Issue a Certificate of Appealability" dated November 22, 2010,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Carol Howes and against Petitioner Dexter Hollins. Dated at Detroit, Michigan, this 22nd day of November 2010.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  S/ Lisa Wagner
                                            By: Lisa Wagner, Case Manager
                                                  to Judge Robert H. Cleland